UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL SHORT,<br><br>   Petitioner,<br><br>   v.<br><br>FILIPE MARTINEZ, Warden,<br><br>   Respondent. | No. 2:19-cv-01985-DSF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Motion to Dismiss the Petition (Dkt. 12), the Request for Leave to Amend Petition (Dkt. 13), the Objection to the Motion to Dismiss (Dkt. 14), the Report and Recommendation of the United States Magistrate Judge (Dkt. 16), Petitioner's Objection to the Report and Recommendation (Dkt. 17), and the other relevant pleadings. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that:

  (1) Respondent's Motion to Dismiss (Dkt. 12) is GRANTED;

(2) Petitioner's Motion for Leave to Amend (Dkt. 13) is DENIED; and

(3) Judgment shall be entered dismissing this action without prejudice for lack of jurisdiction.

DATED: June 20, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE