JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL SHORT, | ) No. 2:19-cv-01985-DSF (JDE) |
|           Petitioner, | ) |
| | ) JUDGMENT |
|       v. | ) |
| | ) |
| FILIPE MARTINEZ, Warden, | ) |
|           Respondent. | ) |

    Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.


DATED: June 20, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE